Case 4:24-cv-02643   Document 14   Filed on 10/16/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Three Wise Men Enterprises LLC d/b/a 4d Signworx LTD., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § § § | CIVIL ACTION NO. H-24-2643 |
| United States of America, | | |
| Defendant. | | |

## DOCKET CONTROL ORDER

This case will be controlled by the following schedule.

### DEADLINES

1. <u>January 10, 2025</u>   MOTIONS TO AMEND THE PLEADINGS

2. <u>January 10, 2025</u>   MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. <u>                      </u>   MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. <u>February 7, 2025</u>   Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

5. <u>March 14, 2025</u>   Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).  Attorney's fee experts and reports may be included in the Joint Pretrial Order.

6. __April 25, 2025__    COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. _____    LIMITS ON DISCOVERY
   _____.

8. __Required__    MEDIATION or SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the mediator or magistrate judge declares an impasse.

9. See paragraph 8.    DISPOSITIVE MOTIONS

10. __June 6, 2025__    ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE

11. __July 3, 2025__    JOINT PRETRIAL ORDER  Plaintiff is responsible for timely filing the complete joint pretrial order.  The court will not accept separate versions of the pretrial order.

12. __July 11, 2025__
    __2:30 P.M.__    DOCKET CALL  No instrument filed within three days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

__October 16, 2024__
DATE

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE