UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **THREE WISE MEN ENTERPRISES LLC D/B/A 4D SIGNWORX, LTD** § § § | | |
| *Plaintiff*, § | | |
| v. § | Civil Action No. 4:24-cv-02643 | |
| **UNITED STATES OF AMERICA,** § | Judge Sim Lake | |
| *Defendant*. § | | |

## NOTICE OF SETTLEMENT

Plaintiff Three Wise Men Enterprises LLC d/b/a 4D Signworx, LTD ("Plaintiff"), and Defendant United States of America ("Defendant") (collectively, the "Parties"), give notice to the Court that they have reached a settlement of this case. Actions remain to be completed to effectuate that settlement, including computations by the IRS, that will take some time to complete. Therefore, the parties request the Court exercise its discretion and stay this case for 60 days. *See Landis v. North American Co.,* 299 U.S. 248, 254 (1936) (courts have power to stay proceedings incidental to their control over their dockets and may do so for sake of judicial economy). The Parties hope to file a motion or stipulation for dismissal upon completion of the remaining items under their settlement by that time and propose to submit a status report by such time, if not.

Dated: April 2, 2025                    Respectfully submitted,

**NELSON MULLINS RILEY**              **UNITED STATES OF AMERICA**
**& SCARBOROUGH**

*/s/ Juan F. Vasquez, Jr.*
JUAN F. VASQUEZ, JR.                  *s/Michael W. May*
Bar No. 24033294                      MICHAEL W. MAY
1111 Bagby Street, Suite 2100

4878-4827-3133 v.2

Houston, Texas 77002
Telephone:    (346) 646-5506
Facsimile:    (346) 241-3758
E-mail:
juan.vasquez@nelsonmullins.com

*/s/ Peter A. Lowy*
PETER A. LOWY
Bar No. 24038517
1111 Bagby Street, Suite 2100
Houston, TX  77002
Telephone: (346) 646-5477
Facsimile: (346) 241-3758
E-mail:
peter.lowy@nelsonmullins.com

*/s/ Tania Albuja*
TANIA ALBUJA
Bar No. 24121220
1111 Bagby Street, Suite 2100
Houston, TX  77002
Telephone: (346) 646-5452
Facsimile: (346) 241-3758
E-mail:
tania.albuja@nelsonmullins.com

**ATTORNEYS FOR PLAINTIFF THREE WISE MEN ENTERPRISES LLC D/B/A 4D SIGNWORX, LTD**

Texas Bar No. 24054882
S.D. Tex. Bar No. 3443282
Department of Justice, Tax Division
1700 Pacific Ave., Suite 3700
Dallas, Texas 75201
(214) 880-9730
Michael.w.may@usdoj.gov

**ATTORNEY FOR DEFENDANT UNITED STATES**